MEZEY MOTORS, INC., Appellant, *v.* WILLIAM O'DWYER et al., Constituting the Board of Estimate of the City of New York, et al., Respondents.

Argued October 4, 1949; decided October 20, 1949.

*Raymond J. McGrover* for appellant.

*John P. McGrath, Corporation Counsel* (*Reuben Levy, Harry E. O'Donnell* and *Benjamin Offner* of counsel), for respondents.

Judgment affirmed, with costs; no opinion.

Concur: Loughran Ch. J., Lewis, Conway, Desmond, Dye, Fuld and Bromley, JJ.